AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| TRINITY AMANDA ROBERTS<br>Address Unknown | Case Number: 1.:06cr170-WHA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Trinity Amanda Roberts
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)

in violation of Title _____21_____ United States Code, Section(s) _846 and 841(a)(1)_

| DEBRA P. HACKETT | BY: [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK | 7/12/06 -Montgomery, AL |
| Title of Issuing Officer - CLERK | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |