IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

UNITED STATES OF AMERICA  )
)
v  )
)  CR. NO. _1:06cr170-WHA_
_Trinity A. Roberts_  )
)

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Trinity A. Roberts_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_July 26, 2004_
DATE

_Trinity Roberts_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT