COURTROOM DEPUTY'S MINUTES    DATE: 7-26-2006

MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDING: 11:27 – 11:35 am

COURT REPORTER: 11:36 – 11:40 am

☑ ARRAIGNMENT    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql

CASE NUMBER: 1:06CR170-WHA    DEFENDANT NAME: Trinity Amanda ROBERTS

USA: Morris    DEFENDANT ATTORNEY: Poti

Type counsel ( )Waived; ( )Retained; ((✓)CJA); ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

USO/USPO:

Interpreter present? (✓)NO; ( )YES    Name:

---

This is defendant's **FIRST APPEARANCE.**

Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

ORAL ORDER appointing ~~Federal Public Defender~~. Notice of Appearance to be filed.

**WAIVER OF INDICTMENT** executed and filed.

**INFORMATION** filed.

Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    ☑ **Not Guilty**

☐ **Guilty as to:**

☐ **Count(s):**

☐ **Count(s):**    ☐ **dismissed on oral motion of USA**

☐ **to be dismissed at sentencing**

Written plea agreement filed   ☐ **ORDERED SEALED**

**ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.

CRIMINAL TERM:    ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

ORDER: Defendant continued under ☐ same bond; ☐ summons; for:

☐ Trial on _____; ☐ Sentencing on _____

ORDER: Defendant remanded to custody of U. S. Marshal for:

☑ Trial on _____; or ☐ Sentencing on _____

Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed

☐ Defendant requests time to secure new counsel