IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| TRINITY AMANDA ROBERTS | ) | |

## MOTION FOR BOND HEARING

COMES NOW the Defendant, by and through her attorney and requests a bond hearing be set to address conditions for her release from custody. In support, the Defendant states:

1. On July 26, 2006, the Ms. Roberts made her first appearance before this Honorable Court and was arraigned on a charge of conspiracy to manufacture and possess with intent to distribute 50 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §846 and 841(a)(1).

2. Ms. Roberts was remanded to the custody of the U.S. Marshall after arraignment, in part because she was unable to meet bond set at $2 million dollars for pending criminal charges in Coffee County, Alabama.

3. Since arraignment there has been a material change in circumstances. Ms. Roberts has been accepted into the New Life in Christ drug and alcohol program in Montgomery, Alabama, run by the Faith Rescue Mission. (See Exhibit A). As a result, the District Court of Coffee County, Alabama, issued an order that Ms. Roberts may be released from incarceration in order to attend the treatment program. (See Exhibit B).

WHEREFORE, PREMISES CONSIDERED, Ms. Trinity A. Roberts requests this Honorable Court schedule a hearing to consider her release from custody in order to attend the aforementioned drug and alcohol treatment program.

Respectfully submitted this 25th day of August 2006.

s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Trinity Amanda Roberts
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>A. Clark Morris</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: ___none___.

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Trinity Amanda Roberts
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

Serving the least, the last, the lost for our Lord Jesus Christ



EXHIBIT A

Date: August 9, 2006

To: Whom it may concern

Re: Trinity Roberts

**Main Office**
108 CAMDEN STREET
MONTGOMERY, ALABAMA
(334) 262-6024
FAX (334) 262-6061
EXECUTIVE DIRECTOR
STAN VETTER

This is to inform you that we accepted Mrs. Trinity Roberts into our 6 Month New Life in Christ Drug and Alcohol program. Mrs. Roberts will graduate exactly 6 months after reporting in to us.

1110 FOMBY ROAD
WETUMPKA, AL
(334) 262-6024
DIRECTOR
STAN VETTER

Our program is Christ based, and designed to help people overcome addictions and strongholds in their lives. Each client is required to complete our Reformers Unanimous classes and workbooks while going through the program. This is to help them focus on overcoming their addictions and prepare them for a successful entrance back into society.

691 MT. HEBRON RD
ECLECTIC, AL
(334) 260-6024
DIRECTOR
STAN VETTER

While enrolled in the program, our clients are required to perform daily jobs such as working at our thrift stores, working outdoors at our ranch and camp, or helping in our soup kitchen. We feel that this not only helps to keep the clients focused, but it also encourages good work habits to be formed which will prepare them for a future outside job.

2340 E.S. BLVD.
MONTGOMERY, AL
(334) 262-6024
MANAGER
ELIAS VETTER

This program is set up so that each client has a one on one relationship with the directors and staff. This ensures that they get the proper care and guidance needed to reshape their lives.

412 EAST MAIN ST.
WETUMPKA, AL
(334) 262-6024
MANAGER
RICHARD ROBERSON

We will assist Mrs. Roberts in any way that we can. If you need any further information concerning our program, feel free to contact our main office at (334) 262-6024.

987 MEMORIAL DR.
PRATTVILLE, AL
(334) 262-6024
MANAGER
HERB GREEN

Sincerely,

Ken Turner
Director of Men
Faith Rescue Mission

Faith Rescue Mission · 108 Camden Street · Montgomery, Alabama 36104 · 334-262-6024

IN THE DISTRICT COURT FOR
COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION



STATE OF ALABAMA,  *
  Plaintiff,  *
           *
vs.        *
           *
           *   CASE NO.   DC 2006-851
TRINITY AMANDA ROBERTS,  *     thru      DC 2006-852
           *
  Defendant.  *
           *

## ORDER

Upon consideration of the Defendant's "Motion For Conditional Bond," IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Defendant may be released from incarceration to attend the Faith Rescue Mission.

2. That the Defendant shall remain incarcerated in the Coffee County Jail until such time as the Defendant is admitted, and a space is available, to the treatment program.

3. That the Defendant shall be transported from the Coffee County Jail directly to the Faith Rescue Mission.

4. Upon Defendant's release (i.e. termination or successful completion) from the treatment program, the Defendant shall immediately return to the Coffee County Jail.

5. That the Defendant shall sign any / all release forms necessary for the court, State and / or counsel of record to monitor the Defendant's progress.

PAGE TWO

DC 2006-851 thru DC 2006-852

6. That Faith Rescue Mission shall notify the court in the event the Defendant is terminated from said program.

Notice shall issue to State and Hon. Stanley Walker.

DONE THIS THE 18th day of August, 2006.

B. PAUL SHERLING
DISTRICT JUDGE

