UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| TRINITY AMANDA ROBERTS | ) | |

### ORDER on MOTION

For good cause presented, it is **ORDERED** that Defendant's *Motion for Bond Hearing* (Doc. 136, filed August 25, 2006) is **GRANTED.**

The requested **hearing is set on Defendant's scheduled arraignment date, August 30, 2006, at 3:00 p.m., in District Courtroom 4A**.  The Probation Office shall conduct an appropriate pre-sentence investigation sufficient to make a recommendation on the requested bond, and the United States shall be prepared to show any cause for not granting this Motion.

The Clerk shall serve this ORDER on the Probation Office as well as counsel of record.

Done this 25th Day of August, 2006.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE