UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA -DRB |
| | ) | |
| TRINITY AMANDA ROBERTS | ) | |

**ORDER**

After notice of a "detainer" writ from Houston County, and following consultation with counsel, Defendant Trinity Amanda Roberts does not desire to pursue at this time the bond hearing scheduled on her motion. Pursuant to this verbal notice from defense counsel, it is, therefore,

**ORDERED** that the bond hearing set to commence this day at 3:00 p.m. in District Courtroom 4A is hereby CANCELLED.

Done this 30th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE