**COURTROOM DEPUTY MINUTES**  DATE: **AUGUST 30, 2006**
**MIDDLE DISTRICT OF ALABAMA**
   DIGITAL RECORDING: **11:17 - 11:18**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **1:06-CR-170-WHA-DRB** | DEFT. NAME: **TRINITY A. ROBERTS** |
| USA: **A. CLARK MORRIS** | ATTY: **JOHN POTI** |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: | |

Defendant _____ does  ✓ does NOT need an interpreter; NAME: _____

| | |
|---|---|
| ☐ Kars. | Date of Arrest _____  or  ☐ Rule 5 Arrest |
| ☐ Kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.** |
| ☐ 20appt. | Panel Attorney Appointed;  ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ | **DETENTION HRG** ☐ held; ☐ Set for____; ☐ **Prelim. Hrg** ☐ Set for____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered |
| ✓ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings |
| ☐ kwvprl. | Waiver of Preliminary hearing; |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ✓ Karr. | ARRAIGNMENT SET FOR:_____  ✓ **HELD**. Plea of **NOT GUILTY** entered. |
| | ✓ Trial Term  **1/8/07** ;  ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** |