# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern  ☒ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 9-25-2006 | @ 11:05 ☒ a.m. ☐ p.m |
| DATE COMPLETED 9-25-2006 | @ 11:06 ☒ a.m. ☐ p.m |

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA  VS.  TRINITY AMANDA ROBERTS
Plaintiff(s)                    Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: Clark Morris

Defendant(s): John Poti

### COURT OFFICIALS PRESENT:
Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing
☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete
Trial Status/Length: 3 Days
Plea Status:
Trial Term: