IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 1:06CR170-WHA |
| | ) | |
| TRINITY AMANDA ROBERTS | ) | |
| RENATA LYNN MYERS WALLACE | ) | |

## ORDER

For good cause, it is

**ORDERED** that the Motion for Release from Custody to Agents (docs. #104 and #105) filed by the government on August 8, 2006 be and are hereby **DENIED** as moot.

Done this 7th day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE