## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:06cr170-WHA** |
| | ) | |
| **TRINITY AMANDA ROBERTS** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, by and through counsel and gives her notice of her intent to change her plea to one of guilty and requests that a hearing be set for that purpose.

For scheduling purposes, undersigned counsel will be out of the local area for the Christmas holiday and unavailable from December 19, 2006 through December 27, 2006.

Respectfully submitted this <u>18th</u> day of <u>  December  </u>, 2006.


    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Trinity Amanda Roberts
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>A. Clark Morris</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  <u>  none   </u>.

                  <u>s/John M. Poti</u>
                **JOHN M. POTI  (POT013)**
                Attorney for Trinity Amanda Roberts
                696 N. Silver Hills Drive, Suite 102
                Prattville, Alabama 36066-6184
                TEL:   (334) 361-3535
                FAX:  1-866-780-9012
                Email: john@jmpoti.com