COURTROOM DEPUTY MINUTES            DATE:   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDED: 1:20 - 1:24

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**      **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 1:06CR170-WHA-CSC**      **DEFENDANT NAME: MICHAEL W. CATRETT, ET AL**

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. A. CLARK MORRIS | DONNIE BETHEL (M. Catrett) |
| | TIM. HALSTROM (P. Catrett) |
| | ~~RICHARD WALDROP (D. Williams)~~ |
| | JOHN POTI  (T. Roberts) |
| | ~~MALCOLM NEWMAN (D. Wallace)~~ |
| | CHARLES VERCELLI ( L. Cantelli) |
| | PATE DEBARDELEBEN (Amy Lolley) |
| | DANIEL HAMM ( C. Michiles) |
| | JAMES R. COOPER (Roy Wallace) |
| | ~~RICHARD KEITH (J. Baumachim)~~ |
| | JAY LEWIS (S. Pittman) |

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:**   NONE.

☑  **PLEA STATUS:** all possible pleas. except Deft. Pittman.

☑  **TRIAL STATUS:** will take 3 days to try case if goes to trial

☐  **REMARKS:**