IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| TRINITY AMANDA ROBERTS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing previously set for **December 20, 2006**, at **1:30 p.m.** be and is hereby **RESET** for **December 28, 2006**, at **10:00 a.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 20th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE