**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 12-28-2006
**DIGITAL RECORDING:** 10:40 — 10:49 am
**COURT REPORTER:** Risa Entrekin

☐ **ARRAIGNMENT**          ☑ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**          ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Coody          **DEPUTY CLERK:** sql

**CASE NUMBER:** 1:06CR170-WHA          **DEFENDANT NAME:** TRINITY AMANDA ROBERTS

**AUSA:**     Morris          **DEFENDANT ATTORNEY:** John Poti

Type counsel ( ) Waived; ( ) Retained; (✓) CJA; ( ) FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (✓) NO; ( ) YES     Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender.  **Notice of Appearance** to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ☐ **Not Guilty**
            ☑ **Guilty as to:**
                ☑ **Count(s):** 155
                ☐ **Count(s):**               ☐ **dismissed on oral motion of USA**
                                              ☐ **to be dismissed at sentencing**

☑ Written plea agreement filed   ☐ **ORDERED SEALED**
☑ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** 155.
☐ **CRIMINAL TERM:**               ☐ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
                ☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
                ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                ☐ Defendant requests time to secure new counsel