IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                      ) | CR. NO. 1:06cr170-WHA |
| TRINITY AMANDA ROBERTS   ) | |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the sentencing of this Defendant, previously scheduled for March 20, 2007, at 9:00 a.m. is RESET for March 20, 2007, at **10:00 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 17th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE