IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| **TRINITY AMANDA ROBERTS** | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Trinity Amanda Roberts, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing hearing in this matter from its current setting on March 20, 2007, to a future date. In support of this Motion, the Defendant would show:

1. This case is presently set for sentencing before the Honorable W. Harold Albritton on March 20, 2007 at 10:00 a.m.

2. As of the filing of this Motion, the Presentence Investigation Report has not been completed. Defense counsel is scheduled to be out of town on business from March 12, 2007, through March 16, 2007. Even if received today, there is insufficient time for both defense counsel and government counsel to review and analyze the report, and schedule an objections conference before the sentencing date.

3. Counsel for the government has been contacted concerning this motion and has no objections to a continuance.

4. Neither party will be prejudiced by such a delay.

WHEREFORE, the Defendant requests that this Motion be granted and that the sentencing hearing in this matter be continued from its present setting to a future date.

Respectfully submitted this the 9th day of March, 2007.

    s/ John M. Poti
JOHN M. POTI (POT013)
Attorney for Trinity Amanda Roberts
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris , and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:       none   .

    s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Trinity Amanda Roberts
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com