IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr170-WHA |
| TRINITY AMANDA ROBERTS | ) | |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #370), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from its current setting of March 20, 2007, and is RESET for Wednesday, March 28, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 12th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE